# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>David Rigoberto Aleman Cruz<br>and<br>Axel Navarro Mencia<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:24-mj-223<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 14, 2024__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 | (1) Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of Mixture and Substance containing Fentanyl, a Schedule II controlled substance;<br>(2) Possession with Intent to Distribute 40 grams or more of a Mixture and Substance containing Fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Nathan Hibbs.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Hibbs, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:57 am__ a.m./p.m.

Date: __October 15, 2024__

*Judge's signature*

City and state: __Portland, Oregon__

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*